# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 07-510(DRD) |
| Plaintiff, : | |
| v. : | **O R D E R** |
| QUADIR KING : | |
| Defendant. : | |

The Defendant, Quadir King, having been sentenced in this court on May 19, 2008; and the court having been advised that he has requested that he be provided at the government's expense with a transcript of the sentencing proceedings in order to pursue further legal remedies;

IT is this 20th day of October, 2008;

**ORDERED** that Defendant's counsel appointed under the Criminal Justice Act receive reimbursement for the cost of the sentencing transcript, or, in the alternative, that payment for the transcript be paid directly from appropriate funds.

DICKINSON R. DEBEVOISE
U.S.S.D.J.